SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Date Submitted: March 9, 2016
Date Decided: March 17, 2016

Ryan Thomas Bechard
350 Industrial Drive
Mondovi, WI 54755

Re:     *IMO Ryan Thomas Bechard and Family*
        *C.A. No. 12091-VCG*

Dear Mr. Bechard:

I have your "Verified Complaint for Release of Trustee, Accounting, Declaratory, Special, Supplementary and General Relief Pursuant to 10 Del. C., C. 65" together with your "Statement of Good Cause", "Notice of Confidential Filing", "Motion to Proceed Without Fees or Accrual of Fees", "Motion to Expedite" and "Application to Proceed *In Forma Pauperis*". It is clear that the current Complaint is a refiling of your earlier "Amended Complaint for Release of Trustee, Accounting, Declaratory, Special, Supplementary and General Relief Pursuant to Title 10 of the Delaware Code, Chapter 65" previously submitted and assigned to Master Ayvazian as Action No. 11657-MA. After Master Ayvazian denied your application to proceed *in forma pauperis* and then recommended the Complaint be dismissed for

lack of subject matter jurisdiction in her Draft Report of February 2, 2016, you had the earlier action dismissed and then refiled, apparently in the hope that a different judge would be assigned and a different result obtained. That hope was illusory. As Master Ayvazian correctly found in her Draft Report of February 2, 2016, you do not qualify for *in forma pauperis* treatment, your Complaint is incomprehensible and you manifestly lack jurisdiction to bring this matter before a Court in Delaware. I have attached the report of February 2, 2016 and adopt in this Letter Opinion the facts therein, as applicable together with the reasoning *in toto*. Your action is dismissed *sua sponte* for lack of subject matter jurisdiction, and your related motions are dismissed as moot. To the extent that the foregoing requires and order to effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III

**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

KIM E. AYVAZIAN
MASTER IN CHANCERY

CHANCERY COURTHOUSE
34 The Circle
GEORGETOWN, DELAWARE 19947
AND
NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19980-3734

February 2, 2016

Ryan Thomas Bechard
350 Industrial Drive
Mondovi, Wisconsin 54755

RE: Ryan Thomas Bechard v. Rosa G. Rios and Rick Bell
     C.A. No. 11657-MA

Dear Mr. Bechard:

I have reviewed your Amended Complaint for Release of Trustee, Accounting, Declaratory, Special, Supplementary and General Relief pursuant to Title 10 of the Delaware Code, ch. 65. You previously had submitted a complaint with an *in forma pauperis* application that I reviewed last November. In a draft report dated November 23, 2015, I denied your application to proceed *in forma pauperis* because your annual income exceeds 125% of the current poverty guidelines for a household the size as yours. I also recommended that your complaint be dismissed *sua sponte* for lack of subject matter jurisdiction. Your Notice of Exceptions to the Master's Draft report, which was received in the Register in Chancery on December 4th, was filed on December 8th. On the same date, a Motion to Expedite and a Motion for De Novo Review were filed.

Thereafter, on December 21st, your Amended Complaint was filed, along with a "Motion to Voluntarily Dismiss Original Complaint," a "Motion to Proceed with Accrual of Fees," a "Motion to Seal and for Confidential Treatment," and a "Motion to Expedite." The procedural posture of this case is unusual, to say the least, but I have concluded that it would be in the interest of judicial economy to treat your Amended Complaint as your brief on exceptions to the Master's Draft Report.

In your Amended Complaint, you again appear to be accusing Rosa G. Rios, the current Treasurer of the United States,[1] of perpetrating a fraud on individuals born in the United States through the use of certificates of live birth and social security cards. According to your Amended Complaint, your social security number was used to force you to become a surety debtor to the "CoLB [Certificate of Live Birth] person-corporation business entity and its associated social insurance policy" under the "Federal Reserve Act," the "Trading with the Enemy Act," and the "Emergency Banking Act." You further allege that the bottom portion of the "long form" of your original certificate of live birth contains corporation and banking information, but only the upper portion of the form is

---

[1] The other named defendant is "Rick Bell, CEO of Harvard Business Services, Inc., the registered agent of 'United States Treasury/U.S. Treasury Inc.,' a Delaware Corporation, file no. 2221617, located at 16192 Coastal Hwy, Lewes, Delaware, 19958 ... ."

revealed on the copy that is attached as Exhibit 2 to your Amended Complaint. You also appear to consider yourself as the unwilling trustee of an implied trust, the *res* being the "CoLB/Social Insurance Policy," by virtue of having used your social security number to get a job and obtain a bank account. You do not consider yourself to be a citizen of the United States although you admit that you, your wife, children and other family members were born in the State of Wisconsin, as shown by the birth certificates in Exhibit 2.

You are seeking the following relief from this Court: (1) individual decrees for you and your family members declaring that they are released as trustees from the above business entities under 10 *Del. C.* §§ 6502 and 6504; (2) an order of discovery compelling the Registrar of "Wisconsin Vital Records" to deliver to this Court the original Certificates of Live Birth (copies of which are attached in Exhibit 2); (3) individual decrees for you and your family members declaring your status as nationals of the nation-state Wisconsin; (4) an accounting from Defendants of all monies collected, received or obtained in any way from the business and transactions associated with the above person-corporation business entities, estates and every account associated with you and your family members, both living and deceased; (5) recovery of the monies, in specie, revealed by the accounting, "with interest thereon and treble"; and all the costs of the action under 10 *Del. C.* § 6508; (6) damages for fraud and libel; (7) an order forming a trust for

you, as the *cestui qui trust*, appointing a trustee, and placing the monies recovered in said trust; and (8) an order directing John F. Kerry, Secretary of State, to put the names of you, your wife and children, in their "diplomatic list, also known as the Blue List" under 8 CFR § 101.3, to direct the passport department to issue and deliver your diplomatic passport books and cards with your special requests,[2] and to order the issuance and delivery to each of the above passport applicants (a) a diplomatic identification card, blue color coded, (b) a personal tax exemption card for exemption for all purchases, and (c) three sets of diplomatic identification plates for your three cars, by next day service.

Again, it does not appear that any of the alleged acts of which you complain occurred in Delaware. The defendant named in your complaint, Rosa G. Rios, is the current Treasurer of the United States, who is based in Washington, D.C. Although you have named as a defendant Rick Bell, CEO of Harvard Business Services, which is located in Lewes, Delaware, Bell is named only in his alleged

---

[2] The special requests are: (1) the passports are to be diplomatic passports with a green cover; (2) the endorsements page is to bear a national endorsement seal; (3) under "Nationality" of the passport book and card, it will list: Wisconsin; (4) the diplomatic passport books and passport cards will bear their blue color coded "diplomatic agent/officer" level immunities insignia according to your "non-citizen national" status and resulting "foreign diplomatic officer" status; (5) the RFID chip of the passport books and cards will properly reflect "non-citizen national" status and "diplomatic agent/officer" level immunities; and (6) anything else related to "non-citizen national" status and "diplomatic agent/officer" level immunities and privileges available must be added to the diplomatic passport books and cards.

capacity as agent of the United States Treasury/United States Treasury, Inc., which may be an existing corporation, but it is a Delaware corporation. The Department of the Treasury is an executive department of the United States Federal Government, established by an Act of Congress in 1789. The Department of the Treasury is not the same entity as a Delaware corporation that bears a name which is similar to it. This Delaware corporation is not the same entity that committed the acts of fraud of which you complain. Nor were you denied an opportunity to see your original certificate of live birth in Delaware; this event allegedly took place in Wisconsin, where you were born.

I am again recommending that the Court *sua sponte* dismiss your complaint for lack of subject matter jurisdiction, and that the related motions be dismissed as moot. I refer you to Court of Chancery Rule 144 for the process of taking exception to a Master's Final Report.

Respectfully,

/s/ Kim E. Ayvazian

Kim E. Ayvazian
Master in Chancery

KEA/kekz